IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MICHAEL K. CONTRERAS, §
    Petitioner, §
VS. § CIVIL ACTION NO.4:07-CV-750-Y
     §
NATHANIEL QUARTERMAN, Director, §
T.D.C.J., Correctional §
Institutions Div., §
    Respondent. §

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Michael K. Contreras, along with the September 18, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until October 9, 2008, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on September 18, 2008. The Court concludes that the petition for writ of habeas corpus should be dismissed with prejudice, in part, and denied, in part, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

All of petitioner Contreras's grounds for relief under 28 U.S.C. § 2254, except his ground challenging the state habeas-corpus proceeding, are DISMISSED WITH PREJUDICE, and the challenge

to the state habeas-corpus proceeding, is DENIED.

SIGNED October 17, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE